1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  DARREN BETZ

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   NO. CR-S-11-466 WBS
                                  )
12              Plaintiff,        )
                                  )   **STIPULATION AND [PROPOSED] ORDER
13      v.                        )   TO CONTINUE STATUS CONFERENCE AND
                                  )   TO EXCLUDE TIME**
14                                )
   DARREN BETZ,                   )   Date:  May 21, 2012
15                                )   Time:  9:30 a.m.
                Defendant.        )   Judge: William B. Shubb
16 _____)

17      It is hereby stipulated and agreed to by and between the United States of America, through Jason Hitt

18 Assistant U.S. Attorney, and defendant, DARREN BETZ, by and through his counsel, Matthew C. Bockmon,

19 Assistant Federal Defender, that the status conference set for Monday, April 16, 2012, be continued to

20 Monday, May 21, 2012 at 9:30 a.m.

21      The reason for this continuance is to allow defense counsel additional time to negotiate a resolution

22 to this matter, to investigate the facts of the case and to review and discuss discovery with the defendant.

23      It is further stipulated that the Court should exclude from computation of time within which the trial

24 of this case must be commenced under the Speedy Trial Act time from the date of this stipulation, April 11,

25 2012, through and including May 21, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable

26 time to prepare] and Local Code T4. The parties further stipulate and agree that the Court should find that

27 the ends of justice to be served in granting the continuance and allowing the defendant further time to prepare

28 outweigh the best interest of the public and the defendant to a speedy trial.

| | | |
|---|---|---|
| Dated:  April 11, 2012 | | Respectfully submitted, |
| | | DANIEL J. BRODERICK<br>Federal Defender |
| | |  */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for Defendant<br>DARREN BETZ |
| Dated:  April 11, 2012 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | |  */s/ Matthew C. Bockmon for*<br>JASON HITT<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on April 11, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference date of Monday, April 16, 2012, be vacated and that the case be set for **Monday, May 21, 2012, at 9:30 a.m.**  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 11, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period of April 11, 2012, through and including May 21, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare taking into account due diligence.

Dated:  April 11, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2