1    MICHAEL D. LONG  (CA State Bar #149475){PRIVATE }
2    901 H Street, Suite 301
     Sacramento, CA 95814
3    (916) 447-1920
     Mike.Long.Law@msn.com
4
5    Attorney for DARREN BETZ

6                    IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8    THE UNITED STATES OF AMERICA,      ) No. CR-S-11-466 WBS
                         Plaintiff,     )
9                                       ) STIPULATION AND [PROPOSED]
          v.                            ) ORDER TO CONTINUE STATUS
10                                      ) CONFERENCE
     DARREN BETZ,                       ) Date: 7-29-13
11                   Defendants.        ) Time: 9:30 a.m.
12   ==============================) Judge: Hon. William B. Shubb

13        It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney,

14   Michael D. Long, attorney for defendant Darren Betz, that the status conference date of June 3,

15   2013, should be continued until July 29, 2013.  The continuance is necessary because Mr. Long and

16   Mr. Hitt are still negotiating a plea disposition and have not finalized the terms as of yet.  Time has

17   previously been excluded up until June 3, 2013, and the parties continue to jointly agree that time

18
19   should continue to be excluded until July 29, 2013.  Each party further stipulates that the ends of

20   justice served by granting such continuance outweigh the best interests of the public and of all the

21   defendants in a speedy trial.  Each party would like time to be excluded as provided by Local Code

22   T4 from today's date through June 3, 2013.
23
24        IT IS STIPULATED that the period of time from the signing of this Order up to and

25   including the new court date of July 29, 2013, be excluded in computing the time within which trial

26   must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code

27   T4, for ongoing preparation of counsel.
28

                                          -1-

-2-

1

2   Dated:  June 29, 2013                                    Respectfully submitted,

3
                                                            /s/ Michael D. Long
4                                                           MICHAEL D. LONG
                                                            Attorney for Darren Betz
5

6   Dated:  June 29, 2013                                    BENJAMIN WAGNER
                                                            United States Attorney
7
                                                            /s/ Jason Hitt
8                                                           JASON HITT
                                                            Assistant U.S. Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   MICHAEL D. LONG  (CA State Bar #149475){PRIVATE }
    901 H Street, Suite 301
2   Sacramento, CA 95814
3   (916) 447-1920
    Mike.Long.Law@msn.com
4
                      IN THE UNITED STATES DISTRICT COURT
5                  FOR THE EASTERN DISTRICT OF CALIFORNIA
6
    THE UNITED STATES OF AMERICA,        ) No. CR-S-11-466 WBS
7                       Plaintiff,        )
                                          ) ORDER
8         v.                              )
                                          )
9   DARREN BETZ,                          ) Date: 7-29-2013
10                      Defendant.         ) Time: 9:30 a.m.
    ===============================) Judge: Hon. William B. Shubb
11

12         UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the

13  status conference presently set for June 3, 2013, at 9:30 a.m. be continued to July 29, 2013, at 9:30

14  a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby

15  finds that the failure to grant a continuance in this case, based on the parties still negotiating the

16  terms of a proposed plea agreement, would deny defense counsel reasonable time necessary for

17  effective preparation, taking into account due diligence.  The court finds that the reasons for

18  granting this continuance outweigh the best interests of the public and the defendants to a speedy

19  trial.  It is ordered that time from this date to July 29, 2013, shall continue to be excluded from

20  computation of the time within which the trial of this matter must be commenced under the Speedy

21  Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare

22  and to complete negotiations.

23  Dated:  May 31, 2013

24

25  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE
26

27

28

-3-