MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for DARREN BETZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DARREN BETZ,<br>　　　　　　　Defendants.<br>============================== | ) No. CR-S-11-466 WBS<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER TO CONTINUE STATUS<br>) CONFERENCE<br>) Date: 10-7-13<br>) Time: 9:30 a.m.<br>) Judge: Hon. William B. Shubb |

　　　It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney, Michael D. Long, attorney for defendant Darren Betz, that the status conference date of August 26, 2013, should be continued until October 7, 2013.  The continuance is necessary because Mr. Long and Mr. Hitt are still negotiating a plea disposition and have not finalized the terms as of yet.  Time has previously been excluded up until August 26, 2013, and the parties continue to jointly agree that time should continue to be excluded until October 7, 2013.  Each party further stipulates that the ends of justice served by granting such continuance outweigh the best interests of the public and of all the defendants in a speedy trial.  Each party would like time to be excluded as provided by Local Code T4 from today's date through October 7, 2013.

　　　IT IS STIPULATED that the period of time from the signing of this Order up to and including the new court date of October 7, 2013, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

-1-

|   |   |
|---|---|
| Dated:  August 21, 2013 | Respectfully submitted, |
|  | /s/ Michael D. Long |
|  | MICHAEL D. LONG |
|  | Attorney for Darren Betz |
| Dated:  August 21, 2013 | BENJAMIN WAGNER |
|  | United States Attorney |
|  | /s/ Jason Hitt |
|  | JASON HITT |
|  | Assistant U.S. Attorney |

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   ) No. CR-S-11-466 WBS
            Plaintiff,                    )
                                          ) ORDER
   v.                                )
                                          )
DARREN BETZ,                      ) Date: 10-7-2013
            Defendant.                   ) Time: 9:30 a.m.
==============================) Judge: Hon. William B. Shubb

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for August 26, 2013, at 9:30 a.m. be continued to October 7, 2013, at 9:30 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case, based on the parties still negotiating the terms of a proposed plea agreement, would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The court finds that the reasons for granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to October 7, 2013, shall continue to be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare and to complete negotiations.

Dated:  August 22, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE