1

2

3

4

5

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

Attorney for DARREN BETZ

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10

11

12

THE UNITED STATES OF AMERICA,      ) No. CR-S-11-466 WBS
                        Plaintiff,         )
                                          ) STIPULATION AND
        v.                                 ) ORDER TO CONTINUE STATUS
                                          ) CONFERENCE
DARREN BETZ,                              ) Date: 3-31-14
                        Defendants.        ) Time: 9:30 a.m.
=============================) Judge: Hon. William B. Shubb

13

14

15

16

17

18

19

20

21

22

23

        It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney,

Michael D. Long, attorney for defendant Darren Betz, that the status conference date of February

18, 2014, should be continued until March 31, 2014.  The continuance is necessary because Mr.

Long and Mr. Hitt are still negotiating a plea disposition and have not finalized the terms as of yet.

Time has previously been excluded up until February 18, 2014, and the parties continue to jointly

agree that time should continue to be excluded until March 31, 2014.  Each party further stipulates

that the ends of justice served by granting such continuance outweigh the best interests of the public

and of all the defendants in a speedy trial.  Each party would like time to be excluded as provided by

Local Code T4 from today's date through March 31, 2014.

24

25

26

27

28

        IT IS STIPULATED that the period of time from the signing of this Order up to and

including the new court date of March 31, 2014, be excluded in computing the time within which

trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local

Code T4, for ongoing preparation of counsel.

-1-

1

2     Dated:  February 13, 2014                              Respectfully submitted,

3
                                                            /s/ Michael D. Long
4                                                           MICHAEL D. LONG
                                                            Attorney for Darren Betz
5

6     Dated:  February 13, 2014                              BENJAMIN WAGNER
                                                            United States Attorney
7
                                                            /s/ Jason Hitt
8                                                           JASON HITT
                                                            Assistant U.S. Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
2
Sacramento, CA 95814
3
(916) 447-1920
Mike.Long.Law@msn.com
4
IN THE UNITED STATES DISTRICT COURT
5
FOR THE EASTERN DISTRICT OF CALIFORNIA
6
THE UNITED STATES OF AMERICA,        ) No. CR-S-11-466 WBS
7
                    Plaintiff,        )
                                      ) ORDER
8
        v.                            )
                                      )
9
DARREN BETZ,                          ) Date: 3-31-2014
10
                    Defendant.        ) Time: 9:30 a.m.
===============================) Judge: Hon. William B. Shubb
11

12
        UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the
13
status conference presently set for February 18, 2014, at 9:30 a.m. be continued to **March 31**, 2014,
14
at 9:30 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court
15
hereby finds that the failure to grant a continuance in this case, based on the parties still negotiating
16
the terms of a proposed plea agreement, would deny defense counsel reasonable time necessary for
17
effective preparation, taking into account due diligence.  The court finds that the reasons for
18
granting this continuance outweigh the best interests of the public and the defendants to a speedy
19
trial.  It is ordered that time from this date to March 31, 2014, shall continue to be excluded from
20
computation of the time within which the trial of this matter must be commenced under the Speedy
21
Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare
22
and to complete negotiations.
23

24
Dated:  February 13, 2014

25
_William B. Shubb_
WILLIAM B. SHUBB
26
UNITED STATES DISTRICT JUDGE
27

28

-3-