1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
   (916) 447-1920
3  Mike.Long.Law@msn.com

4
   Attorney for DARREN BETZ
5

6                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8  THE UNITED STATES OF AMERICA,        ) No. CR-S-11-466 WBS
                          Plaintiff,    )
9                                       ) STIPULATION AND [PROPOSED]
        v.                              ) ORDER TO CONTINUE STATUS
10                                      ) CONFERENCE
   DARREN BETZ,                         ) Date: 8-25-14
11                     Defendants.      ) Time: 9:30 a.m.
   =============================) Judge: Hon. William B. Shubb
12

13      It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney,

14  Michael D. Long, attorney for defendant Darren Betz, that the status conference date of July 28,

15  2014, should be continued until August 25, 2014.  The continuance is necessary because Mr. Long

16  and Mr. Hitt are still negotiating a plea disposition and have not finalized the terms as of yet.  Time

17  has previously been excluded up until July 28, 2014, and the parties continue to jointly agree that

18  time should continue to be excluded until August 25, 2014.  Each party further stipulates that the

19  ends of justice served by granting such continuance outweigh the best interests of the public and of

20  all the defendants in a speedy trial.  Each party would like time to be excluded as provided by Local

21  Code T4 from today's date through August 25, 2014.

22      IT IS STIPULATED that the period of time from the signing of this Order up to and

23  including the new court date of August 25, 2014, be excluded in computing the time within which

24  trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local

25  Code T4, for ongoing preparation of counsel.

26

27

28

-2-

Dated:  July 22, 2014

Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Darren Betz

Dated:  July 22, 2014

BENJAMIN WAGNER
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney

MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | ) No. CR-S-11-466 WBS |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| DARREN BETZ, | ) Date: 8-25-2014 |
| Defendant. | ) Time: 9:30 a.m. |
| ==============================) | Judge: Hon. William B. Shubb |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for July 28, 2014, at 9:30 a.m. be continued to **August 25**, 2014, at 9:30 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case, based on the parties still negotiating the terms of a proposed plea agreement, would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The court finds that the reasons for granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to August 25, 2014, shall continue to be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare and to complete negotiations.

Dated:  July 22, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-3-