1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 201-4188
   Mike.Long.Law@msn.com
4
5  Attorney for DARREN BETZ

6           IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8  THE UNITED STATES OF AMERICA,    ) No. CR-S-11-466 WBS
                    Plaintiff,      )
9                                   ) STIPULATION AND [~~PROPOSED~~]
         v.                         ) ORDER TO CONTINUE STATUS
10                                  ) CONFERENCE
   DARREN BETZ,                     ) Date: 1-12-15
11                  Defendants.     ) Time: 9:30 a.m.
12 ==============================) Judge: Hon. William B. Shubb

13      It is hereby stipulated between the parties, Jason Hitt, Assistant United States Attorney,
14 Michael D. Long, attorney for defendant Darren Betz, that the status conference date of November
15 24, 2014, should be continued until January 12, 2015.  The continuance is necessary because Mr.
16 Long and Mr. Hitt are still negotiating a plea disposition and have not finalized the terms as of yet.
17 We anticipate resolving soon.  Time has previously been excluded up until November 24 2014, and
18
19 the parties continue to jointly agree that time should continue to be excluded until January 12, 2015.
20 Each party further stipulates that the ends of justice served by granting such continuance outweigh
21 the best interests of the public and of all the defendants in a speedy trial.  Each party would like time
22 to be excluded as provided by Local Code T4 from today's date through January 12, 2015.
23
24      IT IS STIPULATED that the period of time from the signing of this Order up to and
25 including the new court date of January 12, 2015, be excluded in computing the time within which
26 trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local
27 Code T4, for ongoing preparation of counsel.
28

-1-

| | |
|---|---|
| Dated:  November 17, 2014 | Respectfully submitted, |
| | /s/ Michael D. Long |
| | MICHAEL D. LONG |
| | Attorney for Darren Betz |
| Dated:  November 17, 2014 | BENJAMIN WAGNER |
| | United States Attorney |
| | /s/ Jason Hitt |
| | JASON HITT |
| | Assistant U.S. Attorney |

1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 447-1920
   Mike.Long.Law@msn.com
4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. CR-S-11-466 WBS |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DARREN BETZ, | ) | Date: 1-12-2015 |
| Defendant. | ) | Time: 9:30 a.m. |
| ==============================) | | Judge: Hon. William B. Shubb |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for November 24, 2014, at 9:30 a.m. be continued to January 12, 2015, at 9:30 a.m.  Based on the representations of counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case, based on the parties still negotiating the terms of a proposed plea agreement, would deny defense counsel reasonable time necessary for effective preparation, taking into account due diligence.  The court finds that the reasons for granting this continuance outweigh the best interests of the public and the defendants to a speedy trial.  It is ordered that time from this date to January 12, 2015, shall continue to be excluded from computation of the time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare and to complete negotiations.

Dated:  November 18, 2014

_William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE